# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Christina Tosseth, individually and as next best friend of Jaide Tosseth, deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>Remington Arms Company, LLC, and Beretta U.S.A. Corp.,<br><br>    Defendants. | **ORDER**<br><br><br><br>Case No. 1:18-cv-230 |

The court shall hold a status conference with the parties by telephone at 10:00 a.m. on January 2, 2020. To participate in the conference, counsel should call Tel. No. (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 30th day of December, 2019.

                */s/ Clare R. Hochhalter*
                Clare R. Hochhalter, Magistrate Judge
                United States District court