# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Christina Tosseth, individually and as next best friend of Jaide Tosseth, deceased, ) ) ) | |
| Plaintiff, ) ) | **ORDER** |
| v. ) ) | |
| Remington Arms Company, LLC and Beretta U.S.A. Corp., ) ) ) | Case No. 1:18-cr-230 |
| Defendants. ) | |

The court shall hold a status conference with the parties by telephone on April 6, 2020, at 3:00 p.m. CDT. To participate in the conference call, the parties should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 3rd day of April, 2020.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court