# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Christina Tosseth, individually and as next best friend of Jaide Tosseth, deceased, | **ORDER** |
| Plaintiff, | |
| vs. | |
| Remington Arms Company, LLC, | |
| Defendant. | Case No.: 1:18-cv-230 |

As articulated during today's status call, the deadline for depositions of expert witnesses is hereby extended until May 1, 2020. Plaintiff shall bear the cost of deposition transcripts and shall provide copies to defendant. Plaintiff shall submit his response to defendant's Motion for Summary Judgment (Doc. No. 36) within seven (7) days of the completion of the second deposition. Additionally, the Court **FINDS MOOT** defendant's Motion for Leave to File a Surreply (Doc. No. 46).

**IT IS SO ORDERED**.

Dated this 9th day of April, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter
United States Magistrate Judge