IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Christina Tosseth, individually and as next best friend of Jaide Tosseth, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>Remington Arms Company, LLC and Beretta U.S.A. Corp.,<br><br>Defendants. | CASE NO. 1-18-cv-00230-DMT-CRH |

## Notice of Settlement

¶1   The parties wish to inform the Court that last night the parties were able to reach an agreement resolving this matter in its entirety.

¶2   The parties will be submitting closing paperwork for the Court's consideration in the near future.

Dated this 25th day of August, 2020.

>PAGEL WEIKUM, PLLP
>1715 Burnt Boat Drive
>Madison Suite
>Bismarck, ND 58503
>(701) 250-1369
>Correspondence: *jweikum@pagelweikum.com*
>Service: *jweikumservice@pagelweikum.com*
>
>By: /s/ Jeffrey S. Weikum
>     Jeffrey S. Weikum
>     ND Lic. No. 05344
>ATTORNEY FOR PLAINTIFF