# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| CHRISTINA TOSSETH, individually and as next best friend of JAIDE TOSSETH, deceased;<br><br>Plaintiff,<br><br>v.<br><br>REMINGTON ARMS COMPANY, LLC and BERETTA U.S.A. CORP.,<br><br>Defendants. | Case No. 1:18-cv-00230-DMT-CRH |

### STIPULATION OF DISMISSAL OF BERETTA U.S.A. CORP.

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel of record, that the above-captioned action is voluntarily dismissed against Beretta U.S.A. Corp. ("Beretta) with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party will bear its own costs.

Dated:  September 18, 2020.

Respectfully submitted,

WEIKUM LAW, PLLC

*/s/  Jeffrey S. Weikum*

Jeffrey S. Weikum, Esq.
Weikum Law, PLLC
1715 Burnt Boat Drive, Madison Suite
Bismarck, ND  58503
Tel:  (701) 250-1369
jweikumservice@pagelweikum.com

***Counsel for Plaintiff Christina Tosseth***

| | |
|---|---|
| Dated:  September 18, 2020. | PEARCE DURICK PLLC |
| | */s/ Zachary E. Pelham* |
| | Zachary E. Pelham, Esq.<br>Pearce Durick PLLC<br>314 East Thayer Avenue<br>P.O. Box 400<br>Bismark, ND  58502-0400<br>Tel:  (701) 223-2890<br>zep@pearce-durick.com |
| | Craig A. Livingston (*pro hac vice*)<br>Livingston Law Firm<br>1600 S. Main Street, Suite 280<br>Walnut Creek, CA 94596<br>Tel:  (925) 952-9880<br>clivingston@livingstonlawyers.com |
| | ***Counsel for Defendant Beretta U.S.A. Corp.*** |